# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2487

_____

Antonio Ausler

*Plaintiff - Appellant*

v.

Wes Bradford; CPL. James Collins; State of Arkansas; Timothy Bunch; Lee Short; Dan (Charles) Hancock; Ronald Davis, Jr.; Honorable John Putman

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: January 3, 2018
Filed: January 10, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Antonio Ausler appeals the district court's[1] preservice dismissal of his civil rights action, brought under, inter alia, 42 U.S.C. § 1983. Having carefully reviewed

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

the record and the parties' arguments on appeal, we conclude that dismissal was proper for the reasons explained by the district court. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (28 U.S.C. § 1915(e)(2)(B) dismissal reviewed de novo). Further, we find that Ausler's argument on appeal--that, because he was not incarcerated when he filed his complaint, his claims for damages were not barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994)--is precluded by circuit precedent. See Newmy v. Johnson, 758 F.3d 1008, 1011-12 (8th Cir. 2014) (noting that Heck's favorable-termination rule applies when § 1983 plaintiff is no longer incarcerated). Accordingly, we deny Ausler's motion for oral argument, and we affirm. See 8th Cir. R. 47B.

_____